IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TARA O'SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV421-072 |
| ) | |
| THE KROGER CO., GRAYHAWK ) | |
| LEASING, LLC, and ABC ) | |
| CORPORATION 1-3, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the Court is Defendant The Kroger Co.'s Notice of Removal. (Doc. 1.) However, the jurisdictional allegations contained in the notice of removal are insufficient to establish complete diversity between the parties. Accordingly, Defendant Kroger is **DIRECTED** to file within **fourteen (14) days** from the date of this order an amended notice of removal that lists the citizenships of the members of Defendant Grayhawk Leasing, LLC.

On August 19, 2020, Plaintiff Tara O'Sullivan filed this case in the State Court of Chatham County, Georgia. (Doc. 1 at 16.) On March 12, 2021, Defendant Kroger removed the case to this Court pursuant to 28 U.S.C. §§ 1332 and 1446. (Doc. 1 at 1.) "A party removing a case to federal court based on diversity of citizenship bears the burden of establishing the citizenship of the parties."

Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) (citing Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001)).

Here, Defendant Kroger, as the removing party, has failed to adequately allege the citizenship of Defendant Grayhawk Leasing. In its notice of removal, Defendant Kroger simply states that complete diversity exists because ". . . Defendant Grayhawk Leasing, LLC is a business incorporated in the State of Delaware with its principal place of business in White Plains, New York . . . ." (Doc. 1 at 2.) For the purposes of diversity jurisdiction, a limited liability company ("LLC") is a citizen of every state in which any of its members are citizens. Rolling Greens MHP, LP, 374 F.3d at 1021-22. The United States Court of Appeals for the Eleventh Circuit has been explicit in addressing the proper method to allege sufficiently the citizenship of an LLC: "a party must list the citizenships of all the members of the limited liability company." Id. at 1022. Accordingly, Defendant Kroger's statement about Defendant Grayhawk Leasing's citizenship is not sufficient to establish complete diversity. As a result, Defendant Kroger is directed to file an amended notice of removal within **fourteen (14)**

**days** from the date of this order listing all members of Defendant Grayhawk Leasing and their citizenships.[1]

SO ORDERED this 22ND day of March 2021.

                                              WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court will not accept any amended notice of removal that incorporates by reference any factual allegation or argument contained in an earlier filing, or that offers only a piecemeal amendment. Defendant Kroger's amended notice of removal should be a stand-alone filing that independently contains all the factual allegations necessary to establish diversity between the parties.